No. 23-13914

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

ALPHA PHI ALPHA FRATERNITY, INC.,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH, PHIL
BROWN, KATIE BAILEY GLENN, ERIC
WOODS, JANICE STEWART

v.

BRAD RAFFENSPERGER, in his official capacity
as Secretary of State of Georgia

---

On Appeal from the United States District Court
for the Northern District of Georgia, Atlanta Division
No. 1:21-cv-05337-SCJ

---

## PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Sophia Lin Lakin
Ari J. Savitzky
Ming Cheung
Casey Katharine Smith
ACLU FOUNDATION, INC.
125 Broad St. 18th Floor
New York, NY 10004
(212) 519-7836

Debo P. Adegbile
Robert Boone
Alex W. Miller
Cassie Mitchell
Maura Douglas
Eliot Kim
Juan M. Ruiz Toro
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
(212) 230-8800

| | |
|---|---|
| Cory Isaacson<br>Caitlin May<br>ACLU FOUNDATION OF<br>  GEORGIA, INC.<br>P.O. Box 570738<br>Atlanta, GA 30357<br>(678) 981-5295 | George P. Varghese<br>Denise Tsai<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State St.<br>Boston, MA 02109<br>(617) 526-6000 |
| Edward Williams<br>Sonika Data<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>(202) 663-6000 | Anuj Dixit<br>Marisa A. DiGiuseppe<br>WILMER CUTLER PICKERING<br>  HALE  AND DORR LLP<br>350 South Grand Ave., Ste. 2400<br>Los Angeles, CA 90071<br>(213) 443-5300 |

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1–26.1-3, Plaintiffs-Appellees *Alpha Phi Alpha, Inc., Sixth District of the African Methodist Episcopal Church, Eric T. Woods, Katie Bailey Glenn, Phil Brown, and Janice Stewart* identify all Counsel, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

1. ACLU Foundation, Inc., *Counsel for Plaintiffs-Appellees*;

2. ACLU Foundation of Georgia, Inc., *Counsel for Plaintiffs-Appellees*;

3. Adegbile, Debo P., *Counsel for Plaintiffs-Appellees*;

4. Aiken, D'Ericka, *Counsel for Plaintiffs-Appellees*;

5. Albert M. Pearson LLC, *Counsel for Amicus*;

6. Alpha Phi Alpha, Inc., *Plaintiff-Appellee;*

7. Bokat-Lindell, Noah B., *Counsel for Intervenor*

8. Boone, Robert, *Counsel for Plaintiffs-Appellees*;

9. Boyle Jr., Donald P., *Counsel for Defendant-Appellant*;

10. Brown, Phil, *Plaintiff-Appellee;*

11. Carr, Christopher, *Counsel for Defendant-Appellant*;

12. Calvo-Friedman, Jennesa, *Former Counsel for Plaintiffs-Appellees*;

13. Cheung, Ming, *Counsel for Plaintiffs-Appellees*;

14. Data, Sonika, *Counsel for Plaintiffs-Appellees*;

15. DiGiuseppe, Marisa A., *Counsel for Plaintiffs-Appellees*;

16. Dixit, Anuj, *Counsel for Plaintiffs-Appellees*;

17. Douglas, Maura, *Counsel for Plaintiffs-Appellees*;

18. Election Law Clinic at Harvard Law School, *Amicus*;

19. Flynn, Erin H., *Counsel for Intervenor*;

20. Freeman, Daniel J., *Counsel for Intervenor*;

21. Garabadu, Rahul, *Counsel for Plaintiffs-Appellees*;

22. Geaghan-Breiner, Charlotte, *Counsel for Plaintiffs-Appellees*;

23. Georgia Department of Law, *Counsel for Defendant-Appellant*;

24. Glenn, Katie Bailey, *Plaintiff-Appellee;*

25. Greenwood, Ruth M., *Counsel for Amicus*;

26. Hessel, Daniel J., *Counsel for Amicus*;

27. Isaacson, Cory, *Counsel for Plaintiffs-Appellees*;

28. Jacoutot, Bryan Francis, *Counsel for Defendant-Appellant*;

29. Jones, Steve C., *District Court Judge*;

30. Kim, Eliot, *Counsel for Plaintiffs-Appellees*;

31. Kim, Taeyoung, *Counsel for Plaintiffs-Appellees*;

32. Lakin, Sophia Lin, *Counsel for Plaintiffs-Appellees*;

33. LaRoss, Diane Festin, *Counsel for Defendant-Appellant*;

34. Lee, Theresa J., *Counsel for Amicus*;

35. May, Caitlin Felt, *Counsel for Plaintiffs-Appellees*;

36. McGowan Charlene, *Former Counsel for Defendant-Appellant*;

37. Miller, Alex W., *Counsel for Plaintiffs-Appellees*;

38. Miller, Kelsey A., *Former Counsel for Plaintiffs-Appellees*;

39. Mitchell, Cassie, *Counsel for Plaintiffs-Appellees*;

40. Paradise, Loree Anne, *Former Counsel for Defendant-Appellant*;

41. Pearson, Albert Matthews, *Counsel for Amicus*;

42. Petrany, Stephen J., *Counsel for Defendant-Appellant*;

43. Raffensperger, Bradford J., *Defendant-Appellant*;

44. Ruiz Toro, Juan M., *Counsel for Plaintiffs-Appellees*;

45. Savitzky, Ari J., *Counsel for Plaintiffs-Appellees*;

46. Shaw, Abigail, *Former Counsel for Plaintiffs-Appellees*;

47. Sivaram, Anuradha, *Former Counsel for Plaintiffs-Appellees*;

48. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee;*

49. Smith, Casey Katharine, *Counsel for Plaintiffs-Appellees*;

50. Stewart, Janice, *Plaintiff-Appellee;*

51. Stewart, Michael Elliot; *Counsel for Intervenor*;

52. Strickland, Frank B., *Counsel for Defendant-Appellant*;

53. Taylor English Duma LLP, *Counsel for Defendant-Appellant*;

54. Tsai, Denise, *Counsel for Plaintiffs-Appellees*;

55. Tyson, Bryan P., *Counsel for Defendant-Appellant*;

56. United States Department of Justice, *Intervenor*;

57. Varghese, George P., *Counsel for Plaintiffs-Appellees*;

58. Vaughan, Elizabeth Marie Wilson, *Former Counsel for Defendant-Appellant*;

59. Weigel, Daniel H., *Counsel for Defendant-Appellant*;

60. Webb, Bryan K., *Counsel for Defendant-Appellant*;

61. Weitzman, Samuel, *Former Counsel for Plaintiffs-Appellees*;

62. Willard, Russell D., *Counsel for Defendant-Appellant*;

63. Williams, Ayana, *Former Counsel for Plaintiffs-Appellees*;

64. Williams, Edward, *Counsel for Plaintiffs-Appellees*;

65. Wilmer Cutler Pickering Hale and Dorr LLP, *Counsel for Plaintiffs-Appellees*;

66. Woods, Eric T., *Plaintiff-Appellee;*

67. Young, Sean Jengwei, *Former Counsel for Plaintiffs-Appellees*;

68. Zabel, Joseph D., *Former Counsel for Plaintiffs-Appellees*.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Plaintiffs-Appellees state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: December 28, 2023                                         Respectfully submitted,

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin
Ari J. Savitzky
Ming Cheung
Casey Katharine Smith
ACLU FOUNDATION, INC.
125 Broad St. 18th Floor
New York, NY10004
(212) 519-7836

Cory Isaacson
Caitlin May
ACLU FOUNDATION OF
  GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Edward Williams
Sonika Data
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 663-6000

Debo P. Adegbile
Robert Boone
Alex W. Miller
Cassie Mitchell
Maura Douglas
Eliot Kim
Juan M. Ruiz Toro
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
(212) 230-8800

George P. Varghese
Denise Tsai
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State St.
Boston, MA 02109
(617) 526-6000

Anuj Dixit
Marisa A. DiGiuseppe
WILMER CUTLER PICKERING
  HALE  AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071
(213) 443-5300

No. 23-13914

*Alpha Phi Alpha Fraternity, Inc. et al v. Raffensperger*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 28, 2023  /s/ *Sophia Lin Lakin*

*Counsel for Plaintiffs-Appellees*