IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

Nos. 23-13914, 23-13916, 23-13921

ALPHA PHI ALPHA FRATERNITY, INC., *et al.*,

Plaintiffs-Appellees

v.

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____

NOTICE OF WITHDRAWAL OF THE UNITED STATES' BRIEF AS
INTERVENOR-APPELLEE

_____

After the change in Administrations, the United States is hereby

withdrawing its brief as intervenor-appellee, filed on April 8, 2014 and

supplemental appendix, filed on April 10, 2024.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant Attorney
  General

s/ David N. Goldman
DAVID N. GOLDMAN
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 616-9405

Date:  October 1, 2025