No. 23-13914

(consolidated with Nos. 23-13916 & 23-13921)

In the

# United States Court of Appeals
# for the Eleventh Circuit

Alpha Phi Alpha Fraternity, Inc., et al.,
*Plaintiff-Appellees,*

v.

Secretary of State of the State of Georgia,
*Defendant-Appellant.*

On Appeal from the United States District Court for the
Northern District of Georgia, Atlanta Division.
No. 1:21-cv-05337 — Steve C. Jones, *Judge*

## MOTION FOR WITHDRAWAL OF COUNSEL

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby certify that the CIPs included in the parties' briefs are complete except for the following additions:

Barrett Bowdre, Counsel for Amici States

John Henry Thompson, Counsel for State of Georgia

David Goldman, Counsel for United States

Jason Lee, Former Counsel for United States

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss

## MOTION TO WITHDRAW AS COUNSEL

The Secretary of State of Georgia moves for attorney Diane Festin LaRoss to be withdrawn as counsel in this action. Bryan P. Tyson and John Henry Thompson, among others, will continue to represent the Secretary.

May 1, 2026

Respectfully submitted,

*/s/Diane Festin LaRoss*
Diane Festin LaRoss
CLARK HILL PLC
3630 Peachtree Rd. NE, Suite 700
Atlanta, Georgia 30326
(678) 370-4378
dlaross@clarkhill.com

*Counsel for Secretary of State of Georgia*

1

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 34 words as counted by the word-processing system used to prepare the document.

/s/ *Diane Festin LaRoss*
Diane Festin LaRoss

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I served this motion by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss

3