**ACLU**

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

**Sophia Lin Lakin**
Director, Voting Rights Project
ACLU National Legal Department

May 6, 2026

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re: *Alpha Phi Alpha Fraternity, Inc., et al. v. Secretary of State of Georgia* (No. 23-13914)

Dear Mr. Smith:

The *Alpha Phi Alpha* Plaintiffs respond to the Secretary's May 1 letter notifying the Court of the U.S. Supreme Court's decision in *Louisiana v. Callais*, Nos. 24-109 & 24-110, 2026 WL 1153054 (April 29, 2026).

The Secretary is wrong to request reversal here. At most, to the extent *Callais* updates the relevant legal standard, the Court should remand to the district court to consider the effect of *Callais* in the first instance and to determine what if any further proceedings are warranted in light of the fact-intensive nature of the Section 2 inquiry. *E.g.*, *Powell v. Sch. Bd. of Volusia Cnty.*, 86 F.4th 881 (11th Cir. 2023); *Callahan v. U.S. Dep't of Health & Hum. Servs.*, 939 F.3d 1251, 1266 (11th Cir. 2019); *Access Now, Inc. v. Sw. Airlines Co.*, 385 F.3d 1324, 1331–32 (11th Cir. 2004).

Respectfully submitted,



Sophia Lin Lakin


cc: All counsel of record, via ECF

125 Broad Street, Floor 18, New York, NY 10004  |  slakin@aclu.org   |  (212) 549-2500