# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914
_____

ALPHA PHI ALPHA FRATERNITY, INC.,
  a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
  a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,
  in his official capacity,

*Defendant-Appellant.*

2                          Order of the Court                          23-13914

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

*Plaintiffs-Appellees,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

23-13914                    Order of the Court                    3

————————————

No. 23-13921

————————————

ANNIE LOIS GRANT,

QUENTIN T. HOWELL,

ELROY TOLBERT,

THERON BROWN,

TRIANA ARNOLD JAMES, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

SARA TINDALL GHAZAL,

in herofficial capacities as member of the
State Election Board, et al.,

*Defendants.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

————————————

ORDER:

4                    Order of the Court                    23-13914

The motions to withdraw attorneys Bryan F. Jacoutot and Diane Festin LaRoss as counsel for Defendant-Appellant are GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION