In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13914
_____

ALPHA PHI ALPHA FRATERNITY, INC.,

a nonprofit organization on behalf of members residing in Georgia,

SIXTH DISTRICT OF THE AFRICAN

METHODIST EPISCOPAL CHURCH,

a Georgia nonprofit organization,

ERIC T. WOODS,

KENNETH GLENN,

PHIL BROWN, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

in his official capacity,

*Defendant-Appellant.*

2                         Order of the Court                         23-13914

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,

TRIANA ARNOLD JAMES,

ELLIOTT HENNINGTON,

ROBERT RICHARDS,

JENS RUECKERT, et al.,

*Plaintiffs-Appellees,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

23-13914                    Order of the Court                         3

_____

No. 23-13921

_____

ANNIE LOIS GRANT,

QUENTIN T. HOWELL,

ELROY TOLBERT,

THERON BROWN,

TRIANA ARNOLD JAMES, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

SARA TINDALL GHAZAL,

in herofficial capacities as member of the
State Election Board, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

The motion to withdraw as counsel filed by Denise Tsai is
GRANTED.

4                          Order of the Court                    23-13914




DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION