In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-13914

---

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,
in his official capacity,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

No. 23-13916

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

*Plaintiffs-Appellees,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

*Defendants.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

No. 23-13921

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

*Defendants.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

ORDER:

The motion of United States to withdraw its brief as Appellee is DENIED AS MOOT.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION