No. 23-13914

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

---

ALPHA PHI ALPHA FRATERNITY, INC., SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, PHIL BROWN, KATIE BAILEY GLENN, ERIC WOODS, JANICE STEWART

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia

---

On Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division
No. 1:21-cv-05337-SCJ

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

Sophia Lin Lakin
Ari J. Savitzky
Ming Cheung
ACLU FOUNDATION, INC.
125 Broad St. 18th Floor
New York, NY 10004
(212) 519-7836

Cory Isaacson
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
(678) 981-5295

Debo P. Adegbile
Robert Boone
Maura Douglas
Alex W. Miller
Juan M. Ruiz Toro
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
(212) 230-8800

Marisa A. DiGiuseppe
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Ste. 2400
Los Angeles, CA 90071
(213) 443-5300

George P. Varghese
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State St.
Boston, MA 02109
(617) 526-6000

Sonika Data
Eliot Kim
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1–26.1-3, Appellees Alpha Phi Alpha, Inc., Sixth District of the African Methodist Episcopal Church, Eric T. Woods, Katie Bailey Glenn, Phil Brown, and Janice Stewart identify all Counsel, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

1. ACLU Foundation, Inc., *Counsel for Plaintiffs-Appellees*;
2. ACLU Foundation of Georgia, Inc., *Counsel for Plaintiffs-Appellees*;
3. Adegbile, Debo P., *Counsel for Plaintiffs-Appellees*;
4. Aiken, D'Ericka, *Counsel for Plaintiffs-Appellees*;
5. Albert M. Pearson LLC, *Counsel for Amicus*;
6. Allensworth, Robert M., *Attempted Amicus*;
7. Alpha Phi Alpha, Inc., *Plaintiff-Appellee;*
8. Arbuthnot, Jacqueline Faye, *Grant Plaintiff-Appellee*;
9. Bokat-Lindell, Noah B., *Counsel for Intervenor*
10. Boone, Robert, *Counsel for Plaintiffs-Appellees*;
11. Bowles, Jasmine, *Amicus*;
12. Boyle Jr., Donald P., *Counsel for Defendant-Appellant*;
13. Brown, Phil, *Plaintiff-Appellee;*
14. Brown, Theron, *Grant Plaintiff-Appellee*;

15. Bush, Jacquelyn, *Grant Plaintiff-Appellee*;
16. Carr, Christopher, *Counsel for Defendant-Appellant*;
17. Calvo-Friedman, Jennesa, *Former Counsel for Plaintiffs-Appellees*;
18. Cheung, Ming, *Counsel for Plaintiffs-Appellees*;
19. Common Cause, *Amicus*;
20. Conner, Mary Nell, *Grant Plaintiff-Appellee*;
21. Crowell & Moring LLP, *Counsel for Amicus*;
22. Data, Sonika, *Counsel for Plaintiffs-Appellees*;
23. Davis, Alexander S., *Counsel for Amicus*;
24. Dechert LLP, *Counsel for Amicus*;
25. DiGiuseppe, Marisa A., *Counsel for Plaintiffs-Appellees*;
26. Dixit, Anuj, *Former Counsel for Plaintiffs-Appellees*;
27. Douglas, Maura, *Counsel for Plaintiffs-Appellees*;
28. Election Law Clinic at Harvard Law School, *Amicus*;
29. Elias Law Group LLP, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
30. Fair Districts GA, *Amicus*;
31. Flynn, Erin H., *Counsel for Intervenor*;
32. Ford, Christina Ashley, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;

33. Freeman, Daniel J., *Counsel for Intervenor*;

34. GALEO Latino Community Development Fund, Inc., *Amicus*;

35. Garabadu, Rahul, *Former Counsel for Plaintiffs-Appellees*;

36. Geaghan-Breiner, Charlotte, *Counsel for Plaintiffs-Appellees*;

37. Genberg, Jack, *Counsel for Amicus*;

38. Georgia Coalition for the People's Agenda, *Amicus*;

39. Georgia Department of Law, *Counsel for Defendant-Appellant*;

40. Georgia State Conference of the NAACP, *Amicus*;

41. Glaze, Ojuan, *Pendergrass Plaintiff-Appellee*;

42. Glenn, Katie Bailey, *Plaintiff-Appellee;*

43. Grant, Annie Lois, *Grant Plaintiff-Appellee*;

44. Graves, Cheryl, *Amicus*;

45. Greenbaum, Jon, *Counsel for Amicus*;

46. Greenwood, Ruth M., *Counsel for Amicus*;

47. Harrison, Keith, *Counsel for Amicus*;

48. Hawley, Jonathan Patrick, *Former Counsel for Grant and Pendergrass Plaintiffs-Appellees*;

49. Heard, Bradley E., *Counsel for Amicus*;

50. Heaven, Astor H.L., *Counsel for Amicus*;

51. Hennington, Elliott, *Pendergrass Plaintiff-Appellee*;

52. Hessel, Daniel J., *Counsel for Amicus*;
53. Houk, Julie M., *Counsel for Amicus*;
54. Howell, Quentin T., *Grant Plaintiff-Appellee*;
55. Isaacson, Cory, *Counsel for Plaintiffs-Appellees*;
56. Ivey, Marvis McDaniel, *Amicus*;
57. Jacoutot, Bryan Francis, *Counsel for Defendant-Appellant*;
58. Jackson, Toni Michelle, *Counsel for Amicus*;
59. James, Triana Arnold, *Grant and Pendergrass Plaintiff-Appellee*;
60. Jamieson, Nathan, *Counsel for Amicus*;
61. Jones, Michael Brandon, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
62. Jones, Steve C., *District Court Judge*;
63. Kastorf Law LLP, *Counsel for Amicus*;
64. Kastorf, Kurt, *Counsel for Amicus*;
65. Khanna, Abha, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
66. Kim, Eliot, *Counsel for Plaintiffs-Appellees*;
67. Kim, Taeyoung, *Counsel for Plaintiffs-Appellees*;
68. Krevolin & Horst LLC, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;

69. Lakin, Sophia Lin, *Counsel for Plaintiffs-Appellees*;
70. LaRoss, Diane Festin, *Counsel for Defendant-Appellant*;
71. Lawyers' Committee for Civil Rights Under Law, *Counsel for Amicus*;
72. League of Women Voters of Georgia, *Amicus*;
73. Lee, Theresa J., *Counsel for Amicus*;
74. Lewis, Joyce Gist, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
75. Love-Olivo, Cassandra Nicole, *Counsel for Amicus*;
76. May, Caitlin Felt, *Counsel for Plaintiffs-Appellees*;
77. McGowan Charlene, *Former Counsel for Defendant-Appellant*;
78. Miller, Alex W., *Counsel for Plaintiffs-Appellees*;
79. Miller, Kelsey A., *Former Counsel for Plaintiffs-Appellees*;
80. Mitchell, Cassie, *Counsel for Plaintiffs-Appellees*;
81. O'Donnell, Courtney, *Counsel for Amicus*;
82. Osher, Daniel C., *Former Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
83. Paradise, Loree Anne, *Former Counsel for Defendant-Appellant*;
84. Pearson, Albert Matthews, *Counsel for Amicus*;
85. Pendergrass, Coakley, *Pendergrass Plaintiff-Appellee*;

86. Perkins Coie LLP, *Former Counsel for Grant and Pendergrass Plaintiffs-Appellees*;

87. Perkins, Brianne, *Amicus*;

88. Petrany, Stephen J., *Counsel for Defendant-Appellant*;

89. Raffensperger, Bradford J., *Defendant-Appellant*;

90. Reynolds, Garrett, *Grant Plaintiff-Appellee*;

91. Richards, Roberts, *Pendergrass Plaintiff-Appellee*;

92. Rollins-Boyd, David, *Counsel for Amicus*;

93. Rosenberg, Ezra D., *Counsel for Amicus*;

94. Rueckert, Jens, *Pendergrass Plaintiff-Appellee*;

95. Ruiz Toro, Juan M., *Counsel for Plaintiffs-Appellees*;

96. Rutahindurwa, Makeba, *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;

97. Savitzky, Ari J., *Counsel for Plaintiffs-Appellees*;

98. Shaw, Abigail, *Former Counsel for Plaintiffs-Appellees*;

99. Sivaram, Anuradha, *Former Counsel for Plaintiffs-Appellees*;

100. Sixth District of the African Methodist Episcopal Church, *Plaintiff-Appellee;*

101. Solomon, Elbert, *Grant Plaintiff-Appellee*;

102. Southern Poverty Law Center, *Counsel for Amicus*;

103. Sparks, Adam M., *Counsel for Grant and Pendergrass Plaintiffs-Appellees*;
104. Smith, Casey Katharine, *Counsel for Plaintiffs-Appellees*;
105. Steiner, Neil, *Counsel for Amicus*;
106. Stewart, Janice, *Plaintiff-Appellee;*
107. Stewart, Michael Elliot; *Counsel for Intervenor*;
108. Strickland, Frank B., *Counsel for Defendant-Appellant*;
109. Sykes, Eunice, *Grant Plaintiff-Appellee*;
110. Taylor English Duma LLP, *Counsel for Defendant-Appellant*;
111. Thomas, Ursula, *Amicus*;
112. Tolbert, Elroy, *Grant Plaintiff-Appellee*;
113. Tsai, Denise, *Former Counsel for Plaintiffs-Appellees*;
114. Tyson, Bryan P., *Counsel for Defendant-Appellant*;
115. United States Department of Justice, *Intervenor*;
116. Varghese, George P., *Counsel for Plaintiffs-Appellees*;
117. Vaughan, Elizabeth Marie Wilson, *Former Counsel for Defendant-Appellant*;
118. Weigel, Daniel H., *Counsel for Defendant-Appellant*;
119. Webb, Bryan K., *Counsel for Defendant-Appellant*;
120. Weitzman, Samuel, *Former Counsel for Plaintiffs-Appellees*;

121. Willard, Russell D., *Counsel for Defendant-Appellant*;

122. Williams, Ayana, *Former Counsel for Plaintiffs-Appellees*;

123. Williams, H. Benjamin, *Amicus*;

124. Williams, Edward, *Counsel for Plaintiffs-Appellees*;

125. Wilmer Cutler Pickering Hale and Dorr LLP, *Counsel for Plaintiffs-Appellees*;

126. Wimbish, Dexter, *Grant Plaintiff-Appellee*;

127. Woods, Eric T., *Plaintiff-Appellee;*

128. Young, Sean Jengwei, *Former Counsel for Plaintiffs-Appellees*;

129. Zabel, Joseph D., *Former Counsel for Plaintiffs-Appellees.*

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Plaintiffs-Appellees state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES**

Eliot Kim, counsel for the Sixth District of the African Methodist Episcopal Church, Phill Brown, Katie Bailey Glenn, Eric Woods, and Janice Stewart, (hereinafter "Plaintiffs-Appellees") hereby requests that this Court enter an order permitting his withdrawal as counsel for Plaintiffs-Appellees as he is leaving the employment of Wilmer Cutler Pickering Hale and Dorr LLP.

Plaintiffs-Appellees will continue to be represented by counsel at ACLU Foundation, Inc., ACLU Foundation of Georgia, and Wilmer Cutler Pickering Hale and Dorr LLP.

**WHEREFORE**, Eliot Kim respectfully requests that this Court enter an order granting this motion and permitting him to withdraw from this action as counsel of record for Plaintiffs-Appellees.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Eliot Kim*

Eliot Kim
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 5, 2026

*/s/ Eliot Kim*
*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE**

This motion complies with Fed. R. App. P. 27(d) because it contains 106 words, excluding the parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Times New Roman font.

Dated: October 5, 2026

*/s/ Eliot Kim*
*Counsel for Plaintiffs-Appellees*